Patrick J. Geile, ISB No. 6975
CHAPTER 7 BANKRUPTCY TRUSTEE
PO Box 925
Meridian, ID 83680
Telephone: (208) 947-1575

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re:<br><br>Vega, Brenda<br><br>Debtor. | Case No. 21-00744-NGH<br>Chapter 7<br><br>**TRUSTEE'S OBJECTION TO EXEMPTION** |
|---|---|

> **NOTICE OF OBJECTION TO EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**
>
> **No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **14** days of the date of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> **Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.
>
> **Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE ABOVE-NAMED COURT, THE DEBTOR AND DEBTOR'S ATTORNEY:

**NOTICE**

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Asset | Specific Law | Value of Exemption |
|---|---|---|
| Refundable Tax Credits | 11(603) (4) | $3,300.00 |

The Refundable Tax Credit is not a tax credit exempt pursuant to Idaho Code 11(603)(4).

YOU ARE FURTHER NOTIFIED that the Trustee will ask the Court to grant an Order sustaining the objection(s) without further hearing unless a written reply to the Trustee's objection is filed in duplicate within fourteen (14) days from the date this objection is mailed.

**TRUSTEE'S OBJECTION TO EXEMPTION - 1**

File the original (1) with the U.S. Bankruptcy Court, 550 W. Fort St., Boise, ID 83724; and (2) a copy with the Trustee.  A written response to the Trustee's objection must be set for hearing and notice thereof mailed to parties in interest.

## OBJECTION

For the aforementioned reasons, the Trustee objects to the Debtor's claim of exemption in its entirety.

Date: February 24, 2022                          /s/  Patrick J. Geile
                                                 Chapter 7 Bankruptcy Trustee

**TRUSTEE'S OBJECTION TO EXEMPTION - 2**

## CERTIFICATE OF SERVICE

   I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

US Trustee (ustp.region18.bs.ecf@usdoj.gov)

Holly E. Sutherland (holly@averylaw.net)

*Served by U.S. MAIL*

Vega, Brenda
3120 Hyde St
Caldwell, ID 83605

                /s/ Patrick J. Geile
                Date: February 24, 2022

**TRUSTEE'S OBJECTION TO EXEMPTION - 3**